**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Trotta Tires II, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1033715 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1919 NW 19th St. | |
| Number   Street | Number   Street |
| | P.O. Box |
| Fort Lauderdale    FL    33311 | |
| City         State   ZIP Code | City         State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Broward County | |
| County | Number   Street |
| | City         State   ZIP Code |

5. **Debtor's website** (URL)   trottafl.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Case 24-16441-PDR    Doc 1    Filed 06/27/24    Page 2 of 13

Debtor __Trotta Tires II, LLC__                    Case number (if known)_____
           Name

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply:**
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
4231

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                      MM / DD / YYYY
            Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| | | | |
|---|---|---|---|
| Debtor | Trotta Tires II, LLC | Case number (if known) | |
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                      State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Trotta Tires II, LLC
        Name
                                                          Case number (*if known*)_____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/27/2024
             MM / DD / YYYY

✘ /s/ JOSE M SOTO                          JOSE M SOTO
Signature of authorized representative of debtor   Printed name

Title  Manager

### 18. Signature of attorney

✘ /s/ Philip J. Landau                      Date  06/27/2024
Signature of attorney for debtor                  MM / DD / YYYY

Philip J. Landau
Printed name

Landau Law, PLLC
Firm name

3010 N. Military Trail Suite 318
Number     Street

Boca Raton                                  FL        33431
City                                        State     ZIP Code

561-443-0808                                phil@landau.law
Contact phone                               Email address

504017                                      FL
Bar number                                  State

## CERTIFICATE OF CORPORATE RESOLUTION

We, the board of members (the "Board") of **Trotta Tires, II, LLC** (the "Corporation"), a limited liability company incorporated under the laws of the State of Florida, do hereby certify that a special meeting of the Board, held in accordance with state law and the bylaws of the Corporation, duly called on the **20th day of June 2024**, the following resolutions, none of which have been rescinded or amended, were adopted and all of which are in full force and effect.

1. RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that the Corporation file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is hereby authorized, and the Corporation shall initiate the Bankruptcy; and it is further

2. RESOLVED, that **Jose Soto** (the "Authorized Officer"), be and is hereby designated as the responsible person to act on behalf of the Corporation, and the Authorized Officer shall be authorized and directed to execute and file a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code, and cause the Bankruptcy to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Court"), and file schedules, lists, affidavits and other papers in the name of the Corporation, and take any and all action he deems necessary or proper in connection with the Bankruptcy; and it is further

3. RESOLVED, that the Corporation is authorized to employ the law office of **Landau Law, PLLC** ("Landau") as its counsel in connection with the Bankruptcy under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board; *provided, however*, that the Corporation is authorized to pay Landau a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4. RESOLVED, that the Corporation, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board, and with payment being subject to award by the Court.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this **20th day of June 2024.**

By: _____
Jose Soto

1

Fill in this information to identify the case:

Debtor name: Trotta Tires II, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HOPEWAY HOLDING LTD<br>924 Rama IX Road, Bangkapi<br>Huay Kwang, Bangkok<br>Thailand, | | Suppliers or Vendors | Disputed<br>Unliquidated<br>Contingent | | | 270,934.72 |
| 2 | JANAK GLOBAL ENTERPRISES INC<br>1776 NORTH PINE ISLAND RD<br>SUITE 309<br>PLANTATION, FL, 33322 | | Suppliers or Vendors | | | | 169,055.96 |
| 3 | SHANGHAI DUROTYRE INTL TRADING CO LTD<br>610 XUJIAHUI RD<br>1505 15TH FLOOR SML CENTRE<br>SHANGHAI - CHINA 200025, | | Suppliers or Vendors | | | | 125,210.00 |
| 4 | ATD AMERICAN TIRE CO<br>111 MIRAMAR PARKWAY<br><br>MIRAMAR, FL, 33025 | | Suppliers or Vendors | | | | 105,000.00 |
| 5 | OMNISOURCE UUNITED INC<br>3750 SOUTH WATSON RD<br>SUITE 100<br>ARLINGTON, TX, 70814 | | Suppliers or Vendors | | | | 90,273.00 |
| 6 | Horizon Tire, Inc.<br>4818 4TH STREET<br><br>Irwindale, CA, 91708 | | Suppliers or Vendors | Disputed<br>Unliquidated<br>Contingent | | | 81,000.00 |
| 7 | Festival Tires<br>4696 Palm Ave.<br>Hialeah, FL, 33012 | | | Disputed<br>Unliquidated<br>Contingent | | | 80,000.00 |
| 8 | NTW NATIONAL TIRE WHOLESALE<br>1644 NW 215 TH ST<br>SUITE 309<br>MIAMI GARDENS, FL, 33056 | | Suppliers or Vendors | | | | 66,243.74 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: Trotta Tires II, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | ADVANCE TIRE WHOLESALE<br>11240 NW 122 ST<br>STE 700<br>MEDLEY , FL, 33178 | | Suppliers or Vendors | | | | 46,154.24 |
| 10 | TRANSAMERICA TIRE CO LTD<br>5118 PARK AVE<br>STE 601<br>MEMPHIS, TN, 38117 | | Suppliers or Vendors | | | | 40,000.00 |
| 11 | CA Wholesale Corp.<br>2640 W. 6th Ave.<br>Hialeah, FL, 33010 | | Suppliers or Vendors | | | | 11,048.41 |
| 12 | US Autosurce<br>7984 Solution Center<br>Chicago, IL, 60677 | | Suppliers or Vendors | | | | 3,834.06 |
| 13 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045, Stop 572<br>Jacksonville, FL, 32202 | | Taxes & Other Government Units | | | | 0.00 |
| 14 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 19114 | | Taxes & Other Government Units | | | | 0.00 |
| 15 | Florida Department of Revenue<br>5050 W. Tennessee St., Bldg. L<br>Tallahassee, FL, 32399 | | Taxes & Other Government Units | | | | 0.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

ADVANCE TIRE WHOLESALE
11240 NW 122 ST
STE 700
MEDLEY , FL 33178


ATD AMERICAN TIRE CO
111 MIRAMAR PARKWAY
MIRAMAR, FL 33025


CA Wholesale Corp.
2640 W. 6th Ave.
Hialeah, FL 33010


Festival Tires
4696 Palm Ave.
Hialeah, FL 33012


Florida Department of Revenue
5050 W. Tennessee St., Bldg. L
Tallahassee, FL 32399


HOPEWAY HOLDING LTD
924 Rama IX Road, Bangkapi
Huay Kwang, Bangkok
Thailand,


Horizon Tire, Inc.
4818 4TH STREET
Irwindale, CA 91708


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045, Stop 572
Jacksonville, FL 32202


JANAK GLOBAL ENTERPRISES INC
1776 NORTH PINE ISLAND RD
SUITE 309
PLANTATION, FL 33322


Kumho Tire USA, Inc.
15861 Collections Center Dr.
Chicago, IL 60693


LRF3 MIA 19th Street, LLC
13218 Broward Blvd.
Fort Lauderdale, FL 33311

```
NTW NATIONAL TIRE WHOLESALE
1644 NW 215 TH ST
SUITE 309
MIAMI GARDENS, FL 33056


OMNISOURCE UUNITED INC
3750 SOUTH WATSON RD
SUITE 100
ARLINGTON, TX 70814


R. Jeffrey Neer, Esq.
Forum Law Partners LLP
803 Deep Valley Drive
Rolling Hills Estates, CA 90274


Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131


SHANGHAI DUROTYRE INTL TRADING CO LTD
610 XUJIAHUI RD
1505 15TH FLOOR SML CENTRE
SHANGHAI – CHINA 200025,


SUMITOMO / FALKEN TIRE AMEERICA CORP
PO BOX  736438
DALLAS, TX 736436


TRANSAMERICA TIRE CO LTD
5118 PARK AVE
STE 601
MEMPHIS, TN 38117


U.S. Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


United States Attorney General's Office
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530


US Autosurce
7984 Solution Center
Chicago, IL 60677
```

United States Bankruptcy Court
Southern District of Florida

In re: Trotta Tires II, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/27/2024

/s/ JOSE M SOTO
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

# United States Bankruptcy Court

_____
Southern District of Florida

**In re**  Trotta Tires II, LLC

Case No. _____

**Debtor**

Chapter ___11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_35,000.00_____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $_650.00_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 06/27/2024 | /s/ Philip J. Landau, 504017 |
| *Date* | *Signature of Attorney* |
| | Landau Law, PLLC |
| | *Name of law firm* |
| | 3010 N. Military Trail |
| | Suite 318 |
| | Boca Raton, FL 33431 |